UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| **KAREN E. ARMSTRONG,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 05-CV-2215 |
| ) | |
| **ADVANTA MORTGAGE CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

A Report and Recommendation (#4) was filed by the Magistrate Judge in the above cause on April 19, 2006. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

 IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#4) is accepted by this court.

(2) Defendant is hereby found in contempt of court and a sanction of $250 per day is imposed. This sanction is applied retroactively to the date of service of the Order to Show Cause, January 28, 2006, and will run until Defendant is in full compliance with all orders of this court, including the payment of previously imposed sanctions.

(3) The president of Defendant corporation, William Rosoff, whose address is reported to be Welsh & McKean Road, Spring House, Pennsylvania 19477, is required to appear before this court on June 1, 2006, at 10:30 a.m., to show cause why he personally should not be held in contempt for the conduct of the corporate Defendant.

(4) The clerk is directed to send a copy of the Order, by certified mail, to the Defendant corporation and to William Rosoff at the address provided above.

ENTERED this 10th day of May, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE